**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. FRANK JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-cv-00260-TCK-CDL |
| | ) |
| 1. UNITED STATES OF AMERICA ex rel. UNITED STATES POSTAL SERVICE, | ) ) ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Frank Jone and dismisses **without prejudice to being re-filed at a later date** all claims against Defendant.

Respectfully submitted,

*s/ Jason B. Reynolds*
Jason B. Reynolds, OBA No. 18132
GRIFFIN, REYNOLDS & ASSOCIATES
210 Southeast 89th Street
Oklahoma City, Oklahoma 73149
Telephone: 405-721-9500
Facsimile: 405-721-9503
Email: jasrey@aol.com
ATTORNEYS FOR PLAINTIFF